IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KANSAS CITY TAXI DRIVERS ASSOCIATION, LLC, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 12-00158-CV-W-GAF |
| CITY OF KANSAS CITY, MISSOURI, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

On January 30, 2013, the Court entered an order granting Defendant City of Kansas City, Missouri's ("Defendant") Motion for Summary Judgment.  (Doc. # 70).  The Order disposed of all the issues in the above-captioned case.  (*See id.*).  A Clerk's Judgment was entered that same day.  (Doc. # 71).  Also pending at the time was Plaintiffs Kansas City Taxi Drivers Association, LLC; Gammachu Mixicha; and Taddessee Erbetto's (collectively "Plaintiffs") Motion for Summary Judgment.  (Doc. # 43).  Because the Court's Order granting Defendant's Motion for Summary Judgment disposed of all the issues in this case, it is

**ORDERED** Plaintiffs' Motion for Summary Judgment is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  February 7, 2013

1